ACCEPTED
2013-509,724
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
3/5/2015 3:03:38 PM
Vivian Long, Clerk

NO. 07-15-00001-CV

IN THE COURT OF APPEALS
FOR THE SEVENTH SUPREME JUDICIAL DISTRICT
AT AMARILLO, TEXAS

FILED IN
COURT OF APPEALS
AMARILLO, TEXAS
3/5/2015 3:03:38 PM
VIVIAN LONG
CLERK

| | | |
|---|---|---|
| BRENTLEY WAYNE HRNCIRIK | § | |
| | § | |
| Appellant | § | |
| | § | |
| v | § | TRIAL COURT NO. 2013-509,724 |
| | § | |
| | § | |
| | § | |
| BOBBYE GAIL HRNCIRIK | § | |
| | § | |
| Appellee | § | |

MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, BRENTLEY WAYNE HRNCIRIK, appellant, and files this Motion for Extension of Time to file Appellant's Brief, pursuant to TRAP 38.6(d) and would show the court as follows:

I

The deadline for filing Appellant's Brief is March 9, 2015.

II.

No previous extension have been granted. Appellant's attorney would request a 30 day extension to April 9, 2015. The reason Appellant needs an extension is due to the fact that on February 23, 2015, Appellant's attorney was notified he was set number one for jury trial in *Cause No. 2015-405,167, styled the State of Texas v. Valentino Casares, in the 140th District Court of Lubbock County, Texas,* this is a re-indictment of Cause *No. 2014-401,509,* which had previously been set for jury trial November 3, 2014. Due to preparation for this jury trial a necessity exists for an extension to file Appellant's Brief.

III.

Appellant's attorney is a sole- practitioner and has been diligent in his efforts to appropriately research and prepare Appellant's Brief.

## IV.

Appellant would show the Court that the actions taken by his attorney are taken in a good faith effort to promptly pursue appellant's appeal and not for purposes of delay, and the appellee would not be harmed or prejudiced by the granting of this Motion for Extension of Time to File Appellant's Brief.

WHEREFORE, PREMISES CONSIDERED, appellant prays that the Court grant Appellant's Motion for Extension of Time to File Appellant's Brief.

Respectfully submitted,

LAW OFFICE OF DAVID MARTINEZ
1663 Broadway
Lubbock, TX 79401
Telephone (806) 744-1692
Telecopier (806) 744-5660
dmtzlaw@aol.com

By: /s/ David Martinez
David Martinez
State Bar No. 13141650
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Motion for Extension of Time to file Appellant's Brief was emailed to Ms. Bobbye Gail Hrncirik at Bobbye.hrncirik@umchealthsystem.com

/s/David Martinez
David Martinez

## CERTIFICATE OF CONFERENCE

This is to certify that on this 5th day of March, 2015 I tried contacting Ms. Hrncirik and she was not available, a voice mail message was left to Ms. Hrncirik regarding any objection to our filing of our motion for extension.

/s/David Martinez
David Martinez

## CERTIFICATE OF COMPLIANCE

Pursuant to TRAP 9.4 (i) (3), undersigned Counsel certifies that this Motion for Extension of Time to File Motion Appellant's Brief was prepared with Microsoft Office 2010, and that according to the program's word- count, the sections covered by TRAP 9.1 (i) (3) contains 468 words.

/s/David Martinez
David Martinez